No. 415. HEINEL MOTORS, INC. ET AL. *v.* BOWLES, PRICE ADMINISTRATOR. November 5, 1945. Petition for

writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. John E. Sheridan* and *Samuel I. Sacks* for petitioners. *Solicitor General McGrath* and *Mr. David London* for respondent.